**FILED**

JUN 11 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA          :
                                  :
                    v.            :          Criminal Action No.: 09-0251 (RMU)
                                  :
MARVIN PERRY,                     :
                                  :
                    Defendant.    :

## ORDER

This matter is before the court on the Report and Recommendation of Magistrate Judge Facciola recommending that the trial court accept the defendant's plea of guilty. In accordance with the requirements of Federal Rule of Criminal Procedure 11, Judge Facciola conducted a plea hearing on June 10, 2010 and determined that the plea of guilty was knowingly and voluntarily made by the defendant, who fully understood the nature and the consequences of entering such a plea. Having reviewed the Report and Recommendation, it is this 11th day of June, 2010, hereby

**ORDERED** that Judge Facciola's Report and Recommendation is adopted in full; and it is

**FURTHER ORDERED** that the defendant's plea of guilt is accepted.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge